AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 23, 2026**

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| JANEANNE M. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:25-CV-0424-TOR |
| | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Plaintiff's Motion for Summary Judgment (ECF No. 15) is GRANTED. Defendant's Motion for Summary Judgment
(ECF No. 16) is DENIED. Pursuant to sentence four of 42 U.S.C. § 405(g), this action is REVERSED and REMANDED
to the Commissioner for further proceedings.
Judgment in favor of Plaintiff.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    THOMAS O. RICE _____

Date:  6/23/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy
_____
*Signature of Clerk*